UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:16-cr-00233 |
| | : | |
| ELPIDIO ABREU | : | |

**O R D E R**

**AND NOW**, this 11th day of May, 2021, upon consideration of Elpidio Abreu's letter-motion seeking compassionate relief pursuant to 18 U.S.C. § 3582(c)(1)(A), *see* ECF No. 71; the Government's opposition thereto, *see* ECF Nos. 72, 76; Abreu's medical records, *see* ECF No. 73; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

The request for compassionate relief, ECF No. 71, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge